ACCEPTED
14-14-00801-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 11:41:47 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 11:41:47 AM
CHRISTOPHER A. PRINE
Clerk

NO. 14-14-00801-CV

KIDIZONE, INC.

Appellant,

v.

ROHAN STANLEY AND TRACIE GEORGE, INDVIDUALLY AND AS NEXT
FRIENDS OF RAYNE STANLEY, DECEASED

Appellees

On Appeal From the 11th Judicial District Court,
Harris County, Texas, Cause No. Cause No. 2014-20143

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW Appellant, Kidizone, Inc., and pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) files this, its Unopposed Motion to Dismiss Appeal, and would respectfully show the Court as follows:

1.      This is an accelerated appeal from that case styled: *Rohan Stanley and Tracie George, Individually and as Next Friend of Rayne Stanley v. Kidizone, Inc.,* Cause Number 2014-20143 in the 11th Judicial District Court of Harris County Texas.

2.      The appeal was abated and referred to mediation. The parties settled their

differences. The abatement was extended to finalize the settlement. That process has now been completed.

Accordingly, pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Appellant, Kidizone, Inc, prays that this Court grant its Unopposed Motion to Dismiss this appeal.

Respectfully submitted

BINGHAM, MANN & HOUSE


/S/ Neal Kieval

Lisa G. Mann
State Bar No. 12929200
Debra Bradberry
State Bar No 2404836
Neal D. Kieval
State Bar No. 11393410
4500 Yoakum Boulevard
Houston, Texas 77006
Telephone: (713) 357-9860
eFax: (713) 559-3014
lmann@bmh-law.com
dbradberry@bmh-law.com
nkieval@bmh-law.com

ATTORNEYS FOR APPELLANT
KIDZONE, INC.

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has conferred with counsel for Appellees regarding the matters raised in this Motion and they are unopposed to this Motion.


*/S/ Neal Kieval*
Neal Kieval

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic delivery as follows:

Jason Gibson
THE GIBSON LAW FIRM
The Lyric Center
440 Louisiana, Suite 2050
Houston, TX 77002

Attorney for Appellees, Rohan Stanley and Tracie George,
Individually and as Next Friends of Rayne Stanley

on this 11th day of March 2015.

/S/ Neal Kieval
Neal Kieval